# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV551

| | |
|---|---|
| CINDERELLA BLAKNEY,<br>    Plaintiff<br><br>vs.<br><br>CHARLOTTE-MECKLENBURG<br>SCHOOLS,<br>    Defendant. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Strike Portions of Amended Complaint and, in the Alternative, to Dismiss" (the "Motion to Strike") (Document No. 33) and "Brief in Support ..." (Document No. 34), filed July 25, 2005 by Charlotte-Mecklenburg Schools (the "School System"); and the "Brief to Uphold Plaintiff's Amended Complaint With No Alternative Motion to Dismiss" (Document No. 35), filed August 28, 2005 by Cinderella Blakney. In the Motion, the School System asks the Court to strike portions of an "Amended Complaint."

By way of background, Ms. Blakney filed a "Complaint" (Document No. 3) against the School System on November 20, 2003. The School System filed the "Defendant's Motion to Dismiss ..." ("Motion to Dismiss") (Document No. 8) and a supporting memorandum on January 12, 2004. In an Order signed April 12, 2005 and filed April 13, 2005 (the "April Order"), the Honorable Graham C. Mullen granted in part and denied in part the Motion to Dismiss. In the April Order, Chief Judge Mullen allowed Ms. Blakney thirty days within which to amend her Complaint. Chief Judge Mullen subsequently extended the deadline for Ms. Blakney to amend her Complaint until June 14, 2005. The Court has no record of that document ever being filed. It seems, however, that Ms. Blakney served the School System with an "Amended Complaint," because the School System filed

the Motion to Strike within the time permitted, including granted extensions, for a pleading responsive to an "Amended Complaint" filed on June 14, 2005.  Of course, the Court cannot strike portions of a pleading that – for its purposes – does not exist.  For that reason, the Court will deny as moot the Motion to Strike.  If Ms. Blakney wishes to file an Amended Complaint with the Court, she should file promptly a motion seeking leave to do so.

**IT IS, THEREFORE, ORDERED** that the "Motion to Strike Portions of Amended Complaint and, in the Alternative, to Dismiss" (Document No. 33) is **DENIED AS MOOT**.

**Signed: November 29, 2005**

_David C. Keesler_
David C. Keesler
United States Magistrate Judge