# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV551

| | |
|---|---|
| CINDERELLA BLAKNEY,<br>　　　　Plaintiff<br><br>vs.<br><br>CHARLOTTE-MECKLENBURG<br>SCHOOLS,<br>　　　　Defendant. | )<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of the case. On November 29, 2005, the undersigned entered an Order denying as moot the "Motion to Strike Portions of Amended Complaint and, in the Alternative, to Dismiss" (the "Motion to Strike") (Document No. 33). The Order also instructed Cinderella Blakney that, if she wished to file an Amended Complaint with the Court, she should file promptly a motion seeking leave to do so.

On January 5, 2006, Ms. Blakney hand-delivered a document to the Clerk of Court entitled "First Amended Complaint (Title VII)" (the "Submitted Document"). The Submitted Document bore a file stamp signifying that it was received by the Court's drop box on June 14, 2005. The Submitted Document, however, was unsigned by Ms. Blakney. The Clerk of Court does not accept for filing any document unsigned by the party submitting such document and, as such, the Submitted Document was not filed when it was originally received by the Court in June 2005.

As stated in the November 29, 2005 Order, if – at this time – Ms. Blakney wishes to file an Amended Complaint with the Court, she must file a motion seeking leave to do so. The Clerk of Court will not accept for filing the Submitted Document, or any other document purporting to be an amended complaint, unless the Court has previously given Ms. Blakney leave to file such document.

The Clerk of Court is instructed to return the Submitted Document to Ms. Blakney.

    **IT IS SO ORDERED**.

**Signed: January 10, 2006**

David C. Keesler
United States Magistrate Judge