# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cinderella Blakney,

    Plaintiff(s),

vs.

Charlotte-Mecklenburg Schools,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03cv551

DECISION BY COURT. This action having come before the Court by an Show Cause Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/29/07 Order.

January 29, 2007

FRANK G. JOHNS, CLERK

BY: /s/ C. Huntley
    Cynthia Huntley, Deputy Clerk